IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01558-NYW-SBP

JENNIFER DIXON,

    Plaintiff,

v.

SILVA-MARKHAM PARTNERS, and
KOELBEL & CO.,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by United States District Judge Nina Y. Wang on March 28, 2025 [Doc. 76], it is

    ORDERED that the Recommendation of United States Magistrate Judge [Doc. 73] is ADOPTED. It is

    FURTHER ORDERED that judgment is hereby entered in favor of Defendants, Silva-Markham Partners and Koelbel & Co., and against Plaintiff, Jennifer Dixon, on Defendants' Motion for Summary Judgment. It is

    FURTHER ORDERED that Plaintiff's complaint and action are DISMISSED. It is

    FURTHER ORDERED that this case is closed. It is

    FURTHER ORDERED that Defendants are awarded their costs pursuant to Local Rule 54.1 and Federal Rule of Civil Procedure 54.

Dated at Denver, Colorado this 28th day of March, 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Robert R. Keech
                Robert R. Keech,
                Deputy Clerk